UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CAVISTON, | |
| Plaintiff, | CIVIL ACTION NO. 1:19-cv-01409 |
| v. | (JONES, C.J.)<br>(SAPORITO, M.J.) |
| JOHNSON CONTROLS, INC. d/b/a<br>JOHNSON CONTROLS (or "JCI"), | |
| Defendant. | |

FILED
WILKES BARRE
JUN 23 2020
PER_____MS_____
DEPUTY CLERK

## ORDER

AND NOW, this **23rd** day of June, 2020, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion to compel (Doc. 40) is **GRANTED in part and DENIED in part**;

2. The defendant's objection to Document Request No. 19 is **SUSTAINED**;

3. The defendant's objection to Interrogatories No. 6 and No. 7 and to Document Requests No. 12 and No. 14 are **SUSTAINED in part and OVERRULED in part**;

4. The defendant shall serve an answer to Interrogatory No. 6, limited to employees newly hired to sales positions within the

Chesapeake region of Johnson Controls between May 1, 2017, and May 1, 2020;

5. The defendant shall serve an answer to Interrogatory No. 7, limited to employees working in sales positions within the Chesapeake region of Johnson Controls between January 2018 and April 2019;

6. The defendant shall produce documents responsive to Document Request No. 12, limited to materials concerning sales employees within the Chesapeake region of Johnson Controls between January 2018 and April 2019, and further limited to materials reasonably available to relevant decision-makers at the time of the April 2019 reduction-in-force decision-making process;

7. The defendant shall produce documents responsive to Document Request No. 14, limited to materials concerning employees newly hired to sales positions within the Chesapeake region of Johnson Controls between May 1, 2017, and May 1, 2020; and

8. The parties shall bear their own costs of this motion.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge